UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REBECCA ARELLANO | * | DOCKET NO.: 06-8608 |
| | * | |
| | * | JUDGE: |
| VERSUS | * | |
| | * | SECTION:  L |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | MAGISTRATE:   2 |
| | * | |

*****************************************************************

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered cause be and the same is hereby dismissed, with full prejudice, each party to bear its own costs;

New Orleans, Louisiana, this  13th  day of        July       , 2007.

_____
UNITED STATES DISTRICT JUDGE